# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Brite Smart Corp. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 2:14-cv-760 |
| Google Inc. | ) ) ) | |
| *Defendant* | ) | |

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS*
*JUL 22 2014*
*BY DAVID J. MALAND, CLERK*
*DEPUTY*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Google Inc.
Corporation Service Company d/b/a CSC – Lawyers Incorporating Service Co.
211 East 7th Street, Suite 620,
Austin, Texas 78701


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert D. Katz
Katz PLLC
6060 North Central Expressway, Suite 560
Dallas, Texas 75206


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: 7/10/14

*David Maland*
Signature of Clerk or Deputy Clerk

Civil Action No. 2:14-cv-760

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   GOOGLE INC.
was received by me on *(date)*   07/10/2014  .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Delivered to GOOGLE INC. by delivery to its Registered Agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Co at 211 E 7th Street, Suite 620, Austin, TX 78701 by Certified Mail, return receipt requested. Certified No. 7196 9008 9111 2028 3887 on July 14, 20214 at 6:00 a.m. PS Form 3811 and tracking information attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:   07/22/2014

*Server's signature*

Marcus Collins Process Server SCH#2147; exp 7/31/2015
*Printed name and title*

13476 CR 411, Tyler, TX 75706
*Server's address*

Additional information regarding attempted service, etc:

English        Customer Service     USPS Mobile                                    Register / Sign In



Search USPS.com or Track Packages   Subr

Quick Tools          Ship a Package      Send Mail      Manage Your Mail       Shop          Business Solutions

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

Tracking Number: **71969008911120283887**

Expected Delivery Day: **Monday, July 14, 2014**

## Product & Tracking Information

**Postal Product:**              **Features:**
First-Class Mail®                Certified Mail™        Return Receipt

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **July 14, 2014, 6:00 am** | Delivered | **AUSTIN, TX 78744** |

Your item was delivered at 6:00 am on July 14, 2014 in AUSTIN, TX 78744.

| | | |
|---|---|---|
| July 12, 2014, 10:56 am | Available for Pickup | AUSTIN, TX 78701 |
| July 12, 2014, 9:00 am | Out for Delivery | AUSTIN, TX 78744 |
| July 12, 2014, 8:50 am | Sorting Complete | AUSTIN, TX 78744 |
| July 12, 2014, 4:12 am | Arrival at Unit | AUSTIN, TX 78744 |
| July 11, 2014, 9:27 am | Depart USPS Sort Facility | AUSTIN, TX 78710 |
| July 11, 2014, 7:55 am | Arrive USPS Sort Facility | AUSTIN, TX 78710 |
| July 11, 2014, 3:02 am | Depart USPS Sort Facility | COPPELL, TX 75099 |
| July 10, 2014, 8:16 pm | Processed through USPS Sort Facility | COPPELL, TX 75099 |
| July 10, 2014, 11:42 am | Acceptance | TYLER, TX 75702 |

## Track Another Package

What's your tracking (or receipt) number?

Track It

---

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

Copyright© 2014 USPS. All Rights Reserved.

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7196 9008 9111 2028 3887 | A. Received by (Please Print Clearly) SHAUB | B. Date of Delivery 7/14/14 |
| | C. Signature X [signature] | ☐ Agent ☐ Addressee |
| 3. Service Type   CERTIFIED MAIL™ | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | | |
| 1. Article Addressed to:<br>Google Inc.<br>Corporation Service Company<br>d/b/a CSC- Lawyers Incorporating Service Co<br>211 E 7th Street, Suite 620<br>Austin, TX 78701 | Reference Information<br><br>SenderInfo | |

PS Form 3811, January 2005         Domestic Return Receipt