**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **BRITE SMART CORP.** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civ. Action No. 2:14-cv-760-JRG-RSP |
| | § | |
| **GOOGLE INC.** | § | |
| | § | **JURY DEMANDED** |
| *Defendant*. | § | |
| | § | |

**PLAINTIFF BRIGHT SMART CORPORATION'S NOTICE OF**
**READINESS FOR STATUS CONFERENCE**

Pursuant to the Court's Standing Order, Plaintiff Bright Smart Corp. provides notice that the Defendant answered the Plaintiff's Complaint on September 8, 2014, and the parties are ready for a status conference. There are no motions currently pending before the Court in this case and there no other cases pending in this Court involving the same patents.

DATED: September 9, 2014						Respectfully submitted,

                                                                   /s/ *Stafford Davis*
Stafford Davis
State Bar No. 24054605
Email: sdavis@stafforddavisfirm.com
**THE STAFFORD DAVIS FIRM, PC**
305 South Broadway
Suite 406
Tyler, TX 75702
Phone: (903) 593-7000
Fax: (903) 703-7369

Robert D. Katz
Lead Attorney
State Bar No. 24057936
Email: rkatz@katzlawpllc.com
**KATZ PLLC**
6060 N. Central Expressway, Suite 560
Dallas, TX 75206
Phone: (214) 865-8000

**ATTORNEYS FOR PLAINTIFF
BRITE SMART CORP.**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 9, 2014, all who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                                      /s/ Stafford Davis_____
                                                                      Attorney for Plaintiff
                                                                      Brite Smart Corp.