**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **BRITE SMART CORP.** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **Civ. Action No. 2:14-cv-760** |
| | § | |
| **GOOGLE INC.** | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE**
**TO FILE AMENDED COMPLAINT**

Before the Court is Plaintiff Brite Smart Corp.'s Motion for Leave to File

Amended Complaint.  Upon consideration of the Motion, the relief requested therein, and

the relevant facts, evidence, and arguments of the parties, the Court finds that the Motion

should be and hereby is GRANTED.