# Exhibit A

What is LinkedIn? Join Today Sign In



# Benji Walklet
Internet Marketing Consultant and Manager

San Francisco, California | Marketing and Advertising

**139** connections

| | |
|---|---|
| Current | Search and Perch, Freelancer - Internet Marketing |
| Previous | Michael Ranney's Research Group, Bleu Marketing Solutions, Community Agroecology Network |
| Education | University of California, Santa Cruz |
| Recommendations | 1 person has recommended Benji |
| Websites | Blog |
| | Elance Profile |
| | AdWords Certification |

## Search by name

Over 300 million professionals are already on LinkedIn. Find who you know.

[First Name] [Last Name] 

**Example:** Jeff Weiner

## Join LinkedIn & access Benji's full profile. It's free!

As a LinkedIn member, you'll join 300 million other professionals who are sharing connections, ideas, and opportunities.

- See who you know in common
- Get introduced
- Contact Benji directly

[View Benji's Full Profile]

## People Also Viewed


**William Cato**
Writing and Editing Professional


**Kimberley Rain Miner**
PhD Candidate and NSF Fellow at University of Maine


**Gina Bartolacelli**
Assistant to Wayka Bartolacelli at Alain Pinel Realtors, Corte Madera, Ca


**Brian Casel**
Web Designer, Founder, Writer


**Gabrielle Blachman**
Astronomy Instructor


**Meylan Rose Lim-Evangelio**
Event Coordinator at 7 Day Systems


**Aviva Maine**
Research Assistant, Graduate Student


**DURAND WILKERSON**
Owner at Local MobileTec


**Paul Brown**
Greenhouse Gas Reduction / Energy consultant at Santa Cruz Water Department - Soquel Creek Water District


**Nina McCurdy**
Graduate Student, PhD. CS: Graphics and Visualization

## Summary

Having a website isn't enough.

You need traffic.

Not just any traffic will do either, you need qualified traffic.

And once you get the right traffic, you need to convert it to customers.

So how do you get a lot of qualified traffic that converts?

By putting together a comprehensive internet marketing strategy that you are willing to work hard at improving over time.

Sound good? Cool.

Send me a message to see how I can help you and your business achieve internet marketing bliss.

Read what others have to say about my work here:

https://www.elance.com/s/bwalklet

Read what I have to say about my work here:

http://www.searchandperch.com

Check out my $5 AdWords account audit here:
http://www.fiverr.com/dubs33/give-you-5-action-items-to-improve-your-adwords-campaign

Specialties: PPC, Adwords, Bing Ads, Google, SEO, Social Media, Email Marketing, Lead Generation, Aweber, MailChimp, Web development/design (Adobe Creative Suite, WordPress, PHP/MySQL, CSS, HTML).

## Ads You May Be Interested In


**MYOS Study on Fortetropin**
A Novel Myostatin Inhibitor Increases Lean Body Mass and Muscle Thickness


**Data Center in Europe**
Colo, HW/SW Rental, Cloud, Managed services


**Cloud-Based Fax Solutions**
Deploy your Business Instantly. Secure, Reliable and Affordable Fax.

Experience

### Owner
Search and Perch
July 2011 – Present (3 years 5 months)



Search and Perch is an internet marketing blog that covers topics like Pay Per Click (PPC) advertising, Search Engine Optimization (SEO), Email Marketing, and Social Media Marketing.

www.searchandperch.com

On Facebook: https://www.facebook.com/pages/Search-and-Perch/223176834386005

### Independent Contractor - Internet Marketing & Wordpress Web Development
Freelancer - Internet Marketing
May 2010 – Present (4 years 7 months)

-PPC setup, management, optimization, and consulting for individuals and small to medium-sized businesses in various industries.
-Wordpress website development and general web management on static and dynamic sites.
-On-page SEO, usability testing and consultations, content creation, guest posting, email marketing, and other "white hat" internet marketing tactics.

### Research Assistant
Michael Ranney's Research Group
August 2010 – May 2012 (1 year 10 months)

-Research in Cognitive Psychology with a focus on how individuals estimate and process important statistics.
-Special emphasis on peoples' knowledge of the mechanisms of global warming and evolution, and how that relates to one's political position, religious beliefs, and degree of nationalism.

### Marketing Intern
Bleu Marketing Solutions
December 2009 – March 2010 (4 months)



Bleu Marketing is a full-service agency that develops integrated media programs. From strategy to creative to analytics, the Bleu seeks the best solutions and creates integrated media programs designed to build brands with a focus on interactive methods and media.

### Marketing Intern
Community Agroecology Network
January 2009 – March 2009 (3 months)

CAN is an international network connecting farmers, consumers, students, and educators to create an alternative globalization where people, healthy food systems, and environments come first. Our research and education programs support conservation – both of the land and people's livelihoods – through sustainable agriculture and alternative market channels.

### Intern
Santa Cruz Community Credit Union
September 2008 – December 2008 (4 months)

The Santa Cruz Community Credit Union is a nonprofit financial cooperative that promotes economic justice.

Languages

**Spanish**

Skills

PPC · Google Adwords · Google Adwords... · Wordpress · SEM · HTML + CSS · Photoshop · SEO · Social Media Marketing · BBEdit · Email Marketing · Bing Ads · Aweber · Dreamweaver

Education

**University of California, Santa Cruz** 
Bachelor of Arts, Global Economics, Psychology
2005 – 2009

**Pontificia Universidad Católica de Chile** 
Psychology
2008 – 2008

Attended top Chilean university with courses in Human Existensialism, Developmental Psychology, Guitar, and Chilean Culture and Politics. All courses were taught in Spanish.

Spent fall and winter 2007-2008 taking language courses in the 2 largest cities in Chile, Concepción and Santiago.
Activities and Societies: English Opens Doors - Taught English in a public K-12

Groups

   
Alter Ego Marketing ... · SEO SEM Social Med... · University of Californ... · Internet Marketer Wo...

View Benji's full profile to...

- See who you know in common
- Get introduced
- Contact **Benji** directly

View Benji's Full Profile

Not the Benji Walklet you're looking for? View more

© 2014 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy



Overview
Job History
Portfolio
**Resume/C.V.**

Add to Watch List

 Like

Last Sign-in: Nov 20, 2014

# Benji W.

Expert PPC Consultant & Manager (AdWords & Bing)

Hire Me »

United States | San Francisco, CA | 2:30 pm Local Time

## Resume/C.V.

I specialize in Pay-Per-Click (PPC) advertising on all major search engines. I am an AdWords certified individual (http://www.searchandperch.com/adwords-certification) and partner (http://www.searchandperch.com/adwords-partner). I also have ample knowledge in SEO, Social Media, and Wordpress.

The goal in all of my work is to make internet marketing easy for my clients. I believe that internet marketing is more than generating web traffic, it's also about keeping people engaged with your site. Your customers need to like what they see when they arrive at your site if they are ever going to convert. So if you're going to work with me, you should be willing to make improvements to your site and its landing pages. And the good news is that if it's Wordpress, I can help!

You can learn more about me at: www.searchandperch.com

### Payment Terms

I accept payment through Elance Escrow. Our projects are billed at a flat rate or percentage of ad spend, depending on the project and the client's preference.

### Service Description

I offer the following services:
-Pay Per Click Account Setup (AdWords, Bing Ads, Facebook)
-Pay Per Click Account Management (AdWords, Bing Ads, Facebook)
-Email marketing strategy and implementation
-Search Engine Optimization consultations
-General internet marketing consultations

### Certifications

**Google**
*Individually Qualified - Search Advertising*
Awarded: 2011

### Education

**University of California, Santa Cruz**
BA in Global Economics & Psychology
2005 - 2009

| Research | Resources | Get to Know Us | Services | Worth Knowing |
| --- | --- | --- | --- | --- |
| Trends | Help | About Elance | Talent Clouds | Site Map |
| Online Employment Report | Elance University | In the News | Referral Program | API |
| Annual Impact Report | Terms of Service | Blog | Affiliate Program | Groups |
| Global Business Survey | Privacy Policy | Our Team | Payroll Services | Widgets |
| Global Freelancer Survey | Cookie Policy | Careers | Global Payments | Trust & Safety |
| Women in Technology | Contact Us | Testimonials | | |

© 1999 - 2014 Elance, Inc.  All Rights Reserved.  U.S. Patents 7,069,242, 8,073,762 and 8,380,709

| Find Freelancers | Job Directory | Samples Directory | Freelancers by Country |
|---|---|---|---|
| Freelancers by Name | Jobs by Skill | Samples By Name | Freelancers in USA |
| Freelancers by Skill | | | Freelancers in UK |
| Web Developers | | | Freelancers in Canada |
| Programmers | | | Freelancers in Australia |

 

Search for people, jobs, companies, and more... — Advanced — 12

| Home | Profile | Connections | Jobs | Interests | | Business Services | Try Premium for free |

Vendors beating you up? - You requisition - we buy...Can it get any easier? | Read More »

## Jeff Swersky  3rd
**Digital Marketer**
San Francisco Bay Area | Internet

| | |
|---|---|
| Current | JMH Consulting, Inc., Seamless Chex, Precision Stock Picks |
| Previous | FunnelEnvy, Piston (formerly MEA Digital), Provide Commerce (ProFlowers.com, RedEnvelope.com, Berries.com, PersonalCreations.com) |
| Education | Lehigh University - College of Business and Economics |

Connect    Send Jeff InMail    ▼     **500+** connections

www.linkedin.com/in/jeffswersky     Contact Info

### People Similar to Jeff

**Ali Behnam**  3rd
Co-Founder, Tealium
Connect

**LinkedIn Premium**  FREE
Get a *free* month of LinkedIn Premium with:
- **90** days of details on Who's Viewed Your Profile and how they found you
- **25** InMails per month to contact members outside your network
- **35** times the reach with access to full profiles of everyone in your network

Upgrade Free

### People Also Viewed

 **Elaine Santore**
Marketing and Office Assistant at FunnelEnvy

 **Tinya Peng**
Online Inventory Planner at Gap Inc./Old Navy

 **Rachel Abzug**
Senior Manager, Digital Customer Experience at American Express

 **Arun Sivashankaran**
Chief Optimizer at FunnelEnvy.com

 **Jim Kapps**
Global Supply Chain Manager at Allison Transmission

 **Caleb Chao**
Senior Search Marketing Strategist at Mindstream Interactive

 **Patty Perillo**
Vice President for Student Affairs & Assistant Professor of Higher Education at Virginia Tech

 **Ali Behnam**
Co-Founder, Tealium

**Jerry Gilels**
Owner, TeleQuery.Net, Inc.

**Rene Casasanta Jr.**
Student

---

### Background

 **Summary**

Passionate digital marketer with experience working at:
- Leading ecommerce site (Proflowers.com)
- Digital marketing agency (Piston Agency)
- Conversion rate optimization agency (Funnel Envy)
- Online marketing agency specializing in higher ed (JMH Consulting)
- Launch and management of two personal websites (Precision Stock Picks & Seamless Chex)

Specialties include website optimization, analytics, traffic and lead generation.

Currently I lead the marketing function for both Seamless Chex and Precision Stock Picks, in addition to working as an Online Marketing Consultant for JMH Consulting.

 **Experience**

**Online Marketing Consultant**                                        
JMH Consulting, Inc.
October 2014 – Present (2 months)

Working with Tier 1 higher education universities to build out online marketing funnels for their certificate and post-bach programs.

Current clients include: VCU, USC, Rollins, and JMU

**Head of Marketing**                                                  
Seamless Chex
August 2014 – Present (4 months) | San Francisco Bay Area

Responsible for all traffic, lead, and sales generation efforts.

**Co-Founder & Head of Marketing**                                     
Precision Stock Picks
October 2012 – Present (2 years 2 months)

Precision Stock Picks (PSP) is the #1 source for professional, technical S&P 500 sector analysis available anywhere on the web. PSP is home to Michael Paulenoff's specialized, insightful, daily S&P 500 commentary, including updates of the SPY, XLK, XLF, XLE, and more.

I am responsible for all traffic, lead, and sales generation efforts for PSP.

### Digital Marketing Consultant
FunnelEnvy
May 2014 – November 2014 (7 months) | San Francisco Bay Area

Worked with brands large and small to help increase dollars per site visit.

Clients included: Rocket-Space, Gigaom, T-Nation, LabelCalc, and Sun Light & Power

### Assistant Web Analytics Analyst
Piston (formerly MEA Digital)
January 2011 – July 2012 (1 year 7 months)

Responsible for developing measures of performance across web marketing tactics, analyzing activity across online channels, representing client interests in interactive marketing plans and strategies, and analyzing on-site visitor behavior.

Clients included: Oakley, Ray-Ban, Cars.com, Del Monte, TVG and others.

▼ 1 recommendation

**Shalom Mattson**
Digital Marketing Manager (SEM/PPC)

Jeff and I participated in several client presentations together, worked on weekly/monthly projects, investigated tracking issues and more. What I like most about Jeff is that he is a straight shooter, if he doesn't know about something he'll ask,... View

### Website Optimization Coordinator
Provide Commerce (ProFlowers.com, RedEnvelope.com, Berries.com, PersonalCreations.com)
December 2009 – January 2011 (1 year 2 months)

-Supported a team of Web Analysts and Optimization Specialists to increase dollars per website visit for Proflowers.com, RedEnvelope.com, Berries.com, and PersonalCreations.com
-Member of team behind ProFlowers.com becoming one of highest converting sites on the internet.

**How You're Connected**

You

Anand George

Angela Yoon

John Costello

7 more connections can introduce you to someone who knows Jeff

Jeff Swersky

## Skills

| 13 | Analytics |
| 13 | Web Analytics |
| 7  | Google Analytics |
| 6  | Web Marketing |
| 6  | Data Analysis |
| 2  | Lead Generation |
| 2  | Strategy |
| 2  | Interactive Marketing |
| 1  | SEO |

## Certifications

### Google AdWords Certified
Google
March 2014 – Present

### Google Analytics Certified
Google

### Certified in Web Analytics, Conversion Optimization, Pay-Per-Click, Search Engine Optimization and Social Media

Market Motive

**Website Usability and Design**
Online Marketing Institute

 Education

**Lehigh University - College of Business and Economics**
Bachelors of Science, Finance

Activities and Societies: Theta Xi Fraternity, Lehigh University Student Senate, Varsity Men's Soccer

Additional Info

**Personal Details**

Birthday    October 31

Recommendations                                             Received (1) ▼    Given (8)

**Assistant Web Analytics Analyst**
Piston (formerly MEA Digital)



**Shalom Mattson**
Digital Marketing Manager (SEM/PPC)

" Jeff and I participated in several client presentations together, worked on weekly/monthly projects, investigated tracking issues and more. What I like most about Jeff is that he is a straight shooter, if he doesn't know about something he'll ask, if he sees something that is off he'll bring it up and most importantly he is dependable. Jeff also made it a priority to learn... more

October 13, 2012, Shalom managed Jeff indirectly at Piston (formerly MEA Digital)

Help Center | About | Press | Blog | Careers | Advertising | Talent Solutions | Small Business | Mobile | Developers | Language | Upgrade Your Account

LinkedIn Corporation © 2014 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback

https://www.linkedin.com/profile/view?id=28715701&authType=name&authToken=4ho6&locale=&goback=%2Enpv_28715701_*1_*1_name_4ho6_*1_*1_*1_*1…    3/3

Search for people, jobs, companies, and more... Advanced  

**Home** | Profile | Connections | Jobs | Interests | Business Services | Try Premium for free

The Top Trial Lawyers - Million Dollar Advocates Forum. Are you qualified for membership?

# Jason McDonald  2nd

SEO, AdWords & Social Media Training and Consulting

San Francisco Bay Area | Information Services

| | |
|---|---|
| Current | JM Internet Group, Stanford University, Bay Area Video Coalition |
| Previous | eg3.com, DeVry University, MWMEDIA |
| Education | University of California, Berkeley |



Connect | Send Jason InMail | 500+ connections

www.linkedin.com/in/jasoneg3 | Contact Info

### Posts

**Published by Jason**

 LinkedIn: Publish or Perish?
May 30, 2014

### Background

## Summary

TEACHER and TRAINER: SEO, ADWORDS & SOCIAL MEDIA MARKETING

I am a teacher, corporate trainer, and SEO / AdWords / Social Media Consultant. I love to figure out how things work, and explain that to others in a way that is both fun and educational. My passion is Internet Marketing, especially Search Engine Optimization (SEO), AdWords, and Social Media.

* Who gets to the top of Google, and why?
* How can a company dramatically improve its Google rank, advertising, or social media to "stand out?"

- Online Training and Workshops -
* I teach SEO, PPC, and Social Media classes for the JM Internet Group online at JM-SEO.org as well as "real world" classes for AcademyX.com, BAVC.org and Stanford University Continuing Studies.
* Facebook, LinkedIn, Google Places, Yelp, and more!

- SEO / PPC / Social Media Consulting -
* I work with a select few companies, helping them rise to the top of Google searches and enhance their advertising or Social Media Strategies

Specialties: * Search Engine Optimization (SEO), Pay-per-click (PPC) Advertising (AdWords), Social Media Marketing.

* Internet Marketing in every shape or form, as well as marketing and advertising strategy.

* Teaching / Corporate Training (especially online Webinars and in-depth corporate workshops).

* Technology journalism, especially embedded systems and software.

SEO | ADWORDS | SOCIAL MEDIA EXPERT WITNESS SERVICES

---

### People Similar to Jason



**Vivian Hoang**  3rd
Marketing Manager, SEO at Ebates
Connect

### Ads You May Be Interested In

 **Oscilloscope Training**
Free Certified Training - Earn 7 PDH's with IEEE and chance to win a scope.

 **LL.M. in Estate Planning**
Learn about WNE's online LL.M. in Estate Planning & Elder Law here!

 **Don't Litigate - Mediate!**
America's Top Rated Civil Mediators - Bios and Calendars online for free...

### People Also Viewed

 **Joe Seidler - Internet Marketing Consultant**
Internet Marketing Consultant (SEM) - SEO, AdWords, Google+ with a focus on Small Businesses

 **Gloria McNabb**
SEO Management & Public Relations Specialist at JM Internet Group

 **Melissa Ward**
Social Media Marketing ★ Website Design ★ Internet Marketing ★ Speaker, Author, Consultant ★ Inbound Lead Generation

 **Kristina Cutura**
SEM Online Advertising Consultant

 **Noelle Decambra**
Content Strategist at JM Internet Group

 **Nima Asrar Haghighi**
Director of Digital Marketing & Analytics at MuleSoft Inc

 **Sophia Eng**
Senior Online (Digital) Marketing Manager | www.sophiaeng.com

 **Dimitry Gorinevsky**
Consulting Professor at Stanford University; Managing Partner, Mitek Analytics LLC

 **Michael Nemenov**
Founder and Owner, LASMED LLC

 **Roni R.**

Beyond teaching, training, and consulting, I offer services as an expert witness in any aspect of Internet Marketing. In most cases, I can generate technical reports based on factual issues and use my talents as a teacher / trainer to explain complex concepts to average people such as the citizen members of a jury.

If you are an attorney looking for an SEO expert witness or an expert witness in Social Media or AdWords, reach out to me for a quick consultation.

FREE GOOGLE: Free SEO, Social Media, a…

Invite ~ Free SEO Tools, 2013 ~ Get to the …



Digital Marketing | SEO | Social Media | Analytics | Globalization

### How You're Connected

You

Kevin Kane

Jason McDonald
Get introduced ▸

 Experience

### Senior SEO / Social Media Director
JM Internet Group
September 2009 – Present (5 years 3 months)



The JM Internet Group is a new SEO / search engine optimization / Social Media / AdWords start up and training company. We have begun this company to make it easy for busy marketing managers to learn about getting to the top of Google through "white hat" SEO techniques.

▼ 13 recommendations, including:

 **Rob Seide**
Senior Manager, Marketing Communic…

Jason knows how to get results! He helped CPMC's SEO/SEM efforts and our ranking and page views shot through the roof! Jason... View

 **Billie Sharp**
Graphic Designer

I have just completed the JM Internet course 'SEO for Marketers and Small Businesses' taught online by Jason and I am so... View

11 more recommendations

### People Similar to Jason



**Vivian Hoang**  3rd
Marketing Manager, SEO at Ebates
Connect

### Ads You May Be Interested In

 **Refinance your JD Loans**
Variable rates from 2.65%.
Fixed rates from 3.625%.

 **Great Trademark Research!**
Better Prices, Better Service & 15+ Yrs of TM Searching for Top Attorneys

 **Local Electrician Leads**
Ready for new electrical projects? Connect to customers looking for a pro.

### Continuing Studies / Professor
Stanford University
March 2011 – Present (3 years 9 months)



Teaching "Marketing without Money" - Continuing Studies course at Stanford University, Winter, 2012 - SEO (Search Engine Optimization) and Social Media Marketing. Creating buzz without bucks!

▼ 2 recommendations

 **Roberto. D Arana Carcedo**
Foreign Trade Advisor at the Trade Co…

I took the class "Marketing without Money " within Stanford Continuing Studies by Jason McDonald. This class was about... View

 **Sara Nievas Hernández**
Communication

The knowledge of Jason McDonald has made me have a deeper insight into Seo, Marketing, Networks and Social Media. After the... View

### Instructor
Bay Area Video Coalition
October 2012 – Present (2 years 2 months) | San Francisco, CA



I teach SEO (Search Engine Optimization) and Social Media at BAVC. The Bay Area Video Coalition (BAVC) inspires social change by enabling the sharing of diverse stories through art, education and technology. If you are in San Francisco, join me at this dynamic center of digital learning.

### SEO / AdWords / Social Media Trainer
AcademyX
July 2009 – Present (5 years 5 months)



At AcademyX, I teach both the SEO (Search Engine Optimization) class and the SMM (Social Media Marketing) classes. If you are in the Bay Area and interested in SEO / Social Media - this is a fantastic training institution and well worth a look - AcademyX.com

▼ 5 recommendations, including:


**Cheryl Smith**
★ Wordpress Web Developer ★ Small …
Fantastic classes! Inspiring, lots of material, great presentation. Thanks! View

**Otis Cobb**
Sales Associate, Electrical Department …
I met Jason as a student at Academy X in San Francisco in January 2010. He is an excellent instructor and absolute expert in… View

3 more recommendations

### Senior Editor
eg3.com
January 1994 – October 2012 (18 years 10 months)

Senior editor in charge of content - interviews, keywords, anything and everything to do with embedded systems and hi-tech.

### Adjunct Professor
DeVry University
August 2009 – May 2011 (1 year 10 months)



I teach both the Marketing Research, Marketing, and the Advertising / Public Relations at DeVry in Fremont. Marketing research is all about organizing research in a cost-effective, business-way. The Advertising / Public Relations class is all about advertising choices, branding, and (free) publicity through PR with a methodology that is all about student projects. For both, I throw in a lot of Internet advertising content.

▼ 2 recommendations

**Wendy Sanchez**
Direct Account Manager

The knowledge that Professor McDonald has is incredible. While acquiring my Bachelors Degree at DeVry University with… View

**Doug Edmunds**
Electronic Marketing & Business Syste…

Jason is extremely knowledgebale in the field of marketing. I found his experience and ability to translate that into… View

### Sales Representative
MWMEDIA
January 1994 – January 1995 (1 year 1 month)

Prior to Internet revolution, conducted advertising sales into hi-tech sponsored directories. Extensive telemarketing and relationship-building with key vendors in the technology space. Worked as a spokesperson for Motorola (Freescale) and Intel in building the core directory and distribution component of their tools strategy

Key Achievements:
Reconceptualized and managed CRM / sales database (ACT)
Reconceptualized and developed sales strategy to grow directory sales to $100K/directory
Quarterly sales targets met of $80 - $100K / directory
Trade show participation
Helped Intel position embedded 386 as a contender in the embedded systems industry
Revitalized Motorola's "Electronic Engineers' Toolbox" directory project

### Sales Representative - Database
MW Media
January 1993 – January 1994 (1 year 1 month)

As one of the sales staff at MW Media, I worked with third party vendors for the Motorola, Intel, and AMD embedded systems programs as we built out their third party tools catalogs.

### Sales Representative
OMNIBUS COMPUTERS / COMPLETE COMPUTER SOLUTIONS
January 1993 – January 1994 (1 year 1 month)

Worked with computer reseller start-up to grow International sales. Created International sales department, and grew sales to $20K / quarter. Helped conceive and execute transition to a publishing venture.

### Book Publisher / Founder
CERA RESEARCH
January 1991 – January 1992 (1 year 1 month)

Partnered with Hungarian chamber of commerce to publish "Business Information Hungary," a guide for

foreign investors investing in Hungary. Numerous interviews and analysis of foreign business start-ups in
Hungary. Cooperatively published successful business guide.

**Research paralegal**
Kutak, Rock, & Campbell
June 1985 – June 1986 (1 year 1 month)

Paralegal to securities litigation. Assisted with E.F. Hutton and various legal issues involving limited partnerships and stock lawsuits.

## Languages

**Hungarian**

**Klingon**
Native or bilingual proficiency

## Skills

Top Skills

| | | |
|---|---|---|
| 99+ | SEO | ▶ |
| 99+ | Social Media Marketing | ▶ |
| 99+ | SEM | ▶ |
| 99+ | Online Advertising | ▶ |
| 72 | Social Media | ▶ |
| 71 | Google Adwords | ▶ |
| 57 | PPC | ▶ |
| 39 | Facebook | ▶ |
| 36 | E-commerce | ▶ |
| 35 | Marketing Strategy | ▶ |

Jason also knows about...

| 28 | Website Development | 26 | Marketing | 20 | Integrated Marketing | 20 | Web Marketing |
| 20 | Online Marketing | 15 | Social Networking | 13 | Public Relations | | |
| 12 | Google Analytics | 12 | Digital Strategy | 11 | Blogging | 11 | Content Strategy |
| 11 | Strategy | 11 | Advertising | 10 | Digital Media | 8 | Email Marketing | See 25+ |

## Education

**University of California, Berkeley**
Ph.D., Political Science - Economics
1986 – 1992

Go Bears! I wrote my dissertation on Economic Policy in Hungary, and have always loved the practical intersection of economics and politics.

**University of California, Berkeley**

Masters, Economics and Political Science
1986 – 1992

## Harvard University
A.B., Russian Studies - Economics
1981 – 1985

Go Crimson! I was at North House - for all you Harvard College people, and very active in the Russian community while at Harvard.

Activities and Societies: Phi Beta Kappa

## AcademyX

---

Additional Info

### Interests

SEO - Search Engine Optimization, SEO, and hi-tech journalism - especially embedded and real-time systems.

### Personal Details

Birthday      January 14

### Advice for Contacting Jason

The best way to contact me (outside of LinkedIn) is simply to Google Jason McDonald - you'll find me at No. 1. Then send me an email via my website.

Alternatively, call me at 510-713-2150.

---

 Honors & Awards

### Additional Honors & Awards

Fulbright Scholarship for Hungary - 1991

---

Recommendations                              Received (22) ▼    Given (8)

### Continuing Studies / Professor
Stanford University

 **Roberto. D Arana Carcedo**
Foreign Trade Advisor at the Trade Commission of the Spanish Embassy

❝ I took the class "Marketing without Money " within Stanford Continuing Studies by Jason McDonald.
This class was about Internet Marketing from SEO to Social Media.
Jason is a recognized expert in this field and his classes are very didactic and dynamic.
I really enjoyed his classes, and I recommend it to all people interested in this field to take them.

November 29, 2011, Roberto. D was Jason's client

 **Sara Nievas Hernández**
Communication

The knowledge of Jason McDonald has made me have a deeper insight into Seo, Marketing, Networks and Social Media.

> After the course taught by him, I´ve fully understood Google. Its operation and the possibilities it offers.

July 20, 2011, Sara worked indirectly for Jason at Stanford University

## Senior SEO / Social Media Director
JM Internet Group


**Rob Seide**
Senior Manager, Marketing Communications at Natus Medical

> Jason knows how to get results! He helped CPMC's SEO/SEM efforts and our ranking and page views shot through the roof! Jason stays on top of everything that is current in the world of SEO and social media and is a great strategic partner and hands-on implenter. Not only that, but he is the friendliest, nicest guy! He always wears a smile!

August 21, 2013, Rob was Jason's client


**Billie Sharp**
Graphic Designer

> I have just completed the JM Internet course 'SEO for Marketers and Small Businesses' taught online by Jason and I am so pleased I did it. His knowledge on the subject is so detailed and comprehensive and his training manner, although very fast paced, is of a very high quality as well as understandable and memorable. Understanding what to do is one thing but Jason ... more

November 2, 2012, Billie was Jason's client


**Jackie Jacobson**
Exhibiting Fine Artist at Fine Art America

> I would highly recommend that anyone interested in improving their SEO ranking, sign up for a webinar and then an in-depth course with Jason McDonald. I have taken both the SEO and Social Media classes. My Google ranking and results have improved ten fold. I attribute this success to what I gained from the webinars and classes with Jason McDonald.
> Jason has ... more

August 31, 2011, Jackie was Jason's client

---

See More

---

**Connections**        **Shared (1)**


**Kevin Kane**  1st
Chief Operating Officer, Jumpgate Tech…

---

**Groups**


**Social Media Marketing**
999,687 members
Join


**SMX - Search Market...**
6,766 members
Join


**SEO SEM Social Med...**
124,777 members
Join


**Google Universe : Jo...**
82,860 members
Join


**Global SEO Professi...**
5,059 members
Join


**Search Engine Land**
60,153 members
Join


**Moz**
26,267 members
Join

See 7 more

Following

## Influencers



**Avinash Kaushik**
Author, Blogger,...
Follow

## News



**Social Impact**
858,894 followers
Follow

## Companies


**Electronic Merchant ...**
Financial Services
Follow


**Thermo Fisher Scien...**
Research
Follow


**Offshore magazine**
A Showcase Page by PennWell
Follow


**Safe Harbor LLP**
Accounting
Follow


**Rigzone**
Oil & Energy
Follow


**Access Communicat...**
Public Relations and Communications
Follow


**AcademyX**
Education Management
Follow

See 39 more

## Schools


**Harvard University**
Greater Boston Area
Follow


**University of Californ...**
San Francisco Bay Area
Follow


**Stanford University**
San Francisco Bay Area
Follow