IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRITE SMART CORP, <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE INC., <br><br> Defendant. | 2:14-cv-00760-JRG |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED PROTECTIVE ORDER

Plaintiff Brite Smart Corp. and Defendant Google Inc., by and through their undersigned counsel, hereby move this Court to extend the deadline to file their Proposed Protective Order in this matter.

The current deadline for the parties to file a Proposed Protective Order is November 24, 2014, as specified in the parties' Joint Motion for Entry of Docket Control Order [Dkt. 28]. The parties respectfully request an extension of two (2) days, until November 26, 2014, to comply with this deadline. The parties do not seek this extension to delay but rather to give the parties adequate time to possibly resolve several points of dispute. The parties are currently conferring in good faith in an effort to narrow the issues for the Court. This extension will not affect any other deadlines in the case.

Dated: November 21, 2014

Respectfully submitted by,

*/s/Robert D. Katz, with permission by Michael E. Jones*
Robert D. Katz
Lead Counsel
Texas Bar No. 24057936
**KATZ PLLC**
6060 N. Central Expressway, Suite 560
Dallas, TX 75206

(214) 865-8000
rkatz@katzlawpllc.com

Stafford Davis
Texas Bar No. 24054605
**THE STAFFORD DAVIS FIRM, PC**
305 South Broadway
Suite 406
Tyler, TX 75702
(903) 593-7000
sdavis@stafforddavisfirm.com

**ATTORNEYS FOR PLAINTIFF
BRITE SMART CORP.**

*/s/Michael E. Jones*
Michael E. Jones, SBN: 10929400
Patrick C. Clutter, SBN: 24036374
POTTER MINTON LLP
110 N College Avenue, Suite 500
Tyler, TX 75702
903-597-8311
mikejones@potterminton.com
patrickclutter@potterminton.com

A. John P. Mancini (*pro hac vice*)
Amr O. Aly (*pro hac vice*)
Mayer Brown LLP
1675 Broadway
New York, NY 10019
(212) 506 -2500
jmancini@mayerbrown.com
aaly@mayerbrown.com

**ATTORNEYS FOR DEFENDANT
GOOGLE INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 21, 2014.

*/s/Michael E. Jones*