IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRITE SMART CORP. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civ. Action No. 2:14-cv-760-JRG-RSP |
| | § | |
| GOOGLE INC. | § | JURY DEMANDED |
| | § | |
| Defendant. | § | |
| | § | |

## PLAINTIFF'S NOTICE OF INITIAL DISCLOSURES

Pursuant to Local Rule CV-26(c), Plaintiff Brite Smart Corp. notifies the Court that it served its Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on November 24, 2014 on counsel for Defendant Google Inc.

DATED: November 24, 2014        Respectfully submitted,

/s/ *Robert Katz*___
Stafford Davis
State Bar No. 24054605
Email: sdavis@stafforddavisfirm.com
**THE STAFFORD DAVIS FIRM, PC**
305 South Broadway
Suite 406
Tyler, TX 75702
Phone: (903) 593-7000
Fax: (903) 703-7369

Robert D. Katz
Lead Attorney
State Bar No. 24057936
Email: rkatz@katzlawpllc.com
**KATZ PLLC**
6060 N. Central Expressway, Suite 560
Dallas, TX 75206
Phone: (214) 865-8000

**ATTORNEYS FOR PLAINTIFF
BRITE SMART CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on the date above. Any other counsel of record will be served by electronic mail.

/s/ *Robert D. Katz*
Robert D. Katz