**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**(MARSHALL DIVISION)**

| | |
|---|---|
| BRITE SMART CORP., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Civil Action No. 2:14-CV-00760-JRG |

## GOOGLE INC.'S NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Google Inc. will serve Subpoenas to Produce Documents, Information or Objects and Subpoenas to Testify at a Deposition in a Civil Action on each of the third parties named below at the dates and times referenced in the table.  Copies of the subpoenas are attached hereto as Exhibits A-1 through S-2.

| THIRD PARTY NAME | RELEVANT KNOWLEDGE | SERVICE ADDRESS | DATE TO PRODUCE DOCUMENTS AND APPEAR FOR DEPOSITION | EXHIBIT NOS. |
|---|---|---|---|---|
| **IAC Search & Media, Inc. d/b/a Ask.com** | Knowledge of prior art to the patents-in-suit. | c/o National Registered Agents, Inc. 160 Greentree Drive, Suite 101 Dover, DE 19904 | 01/27/2015 <br><br> 1:00 pm | A1-Document Subpoena A2-Deposition Subpoena |
| **LookSmart, Ltd**. | Knowledge of prior art to the patents-in-suit. | c/o Corporation Service Co. 2711 Centerville Rd., Suite 400, Wilmington, DE 19808 | 01/16/15 <br><br> 1:00 pm | B1-Document Subpoena B2-Deposition Subpoena |

| THIRD PARTY NAME | RELEVANT KNOWLEDGE | SERVICE ADDRESS | DATE TO PRODUCE DOCUMENTS AND APPEAR FOR DEPOSITION | EXHIBIT NOS. |
|---|---|---|---|---|
| **Yahoo, Inc.** | Knowledge of prior art to the patents-in-suit. | c/o The Corporation Trust Co. 1209 Orange St., Wilmington, DE 19801 | 01/14/15 1:00 pm | C1-Document Subpoena C2-Deposition Subpoena |
| **Microsoft Corp.** | Knowledge of prior art to the patents-in-suit. | c/o Corporation Service Co. 2711 Centerville Rd., Suite 400 Wilmington, DE 19808 | 01/29/2015 1:00 pm | D1-Document Subpoena D2-Deposition Subpoena |
| **TravelClick, Inc.** | Knowledge of prior art to the patents-in-suit. | c/o Corporation Service Co. 2711 Centerville Rd. Suite 400 Wilmington, DE 19808 | 01/22/15 1:00 pm | E1-Document Subpoena E2-Deposition Subpoena |
| **David Zinman** | Knowledge of prior art to the patents-in-suit. | 19875 Park Dr., Saratoga CA 95070-6445 | 02/23/15 1:00 pm | F1-Document Subpoena F2-Deposition Subpoena |
| **Jason Strober** | Knowledge of prior art to the patents-in-suit. | 14355 Miranda Way, Los Altos Hills, CA 94022-2032 | 02/25/15 1:00 pm | G1-Document Subpoena G2-Deposition Subpoena |
| **Andrew Conru** | Knowledge of prior art to the patents-in-suit. | Andrew Conru El Nido Rd, Portola Valley, CA 94028 | 02/27/15 1:00 pm | H1-Document Subpoena H2-Deposition Subpoena |
| **NetGravity, Inc.** | Knowledge of prior art to the patents-in-suit. | c/o The Corporation Trust Co. 1209 Orange St., Wilmington, DE 19801 | 02/16/15 1:00 pm | I1-Document Subpoena I2-Deposition Subpoena |

| THIRD PARTY NAME | RELEVANT KNOWLEDGE | SERVICE ADDRESS | DATE TO PRODUCE DOCUMENTS AND APPEAR FOR DEPOSITION | EXHIBIT NOS. |
|---|---|---|---|---|
| **Russ Seligman** | Knowledge of prior art to the patents-in-suit. | 4207 Highview Dr, San Mateo, CA 94403-5041 | 02/03/2015 1:00 pm | J1-Document Subpoena J2-Deposition Subpoena |
| **AdForce, Inc.** | Knowledge of prior art to the patents-in-suit. | c/o Corporation Trust Center 1209 Orange St. Wilmington, DE 19801 | 02/13/2015 1:00 pm | K1-Document Subpoena K2-Deposition Subpoena |
| **Sandilee Mathers** | Knowledge of prior art to the patents-in-suit. | 323 1/2 Crystal Ave, Newport Beach, CA 92662-1333 | 02/4/2015 1:00 pm | L1-Document Subpoena L2-Deposition Subpoena |
| **eBay Inc.** | Knowledge of prior art to the patents-in-suit. | c/o National Registered Agents, Inc. 160 Greentree, Suite 101, Dover, DE 19904 | 02/02/2015 1:00 pm | M1-Document Subpoena M2-Deposition Subpoena |
| **Business.com Media, Inc.** | Knowledge of prior art to the patents-in-suit. | c/o Corporation Trust Center 1209 Orange St. Wilmington, DE 19801 | 02/18/2015 1:00 pm | N1-Document Subpoena N2-Deposition Subpoena |
| **Amazon.com, Inc.** | Knowledge of prior art to the patents-in-suit. | c/o Corporation Service Company 2711 Centerville Rd Suite 400 Wilmington, DE 19808 | 02/09/2015 1:00 pm | O1-Document Subpoena O2-Deposition Subpoena |
| **Expedia Inc.** | Knowledge of prior art to the patents-in-suit. | c/o National Registered Agents, Inc. 160 Greentree Drive, Suite 101 Dover, DE 19904 | 02/04/2015 1:00 pm | P1-Document Subpoena P2-Deposition Subpoena |

| THIRD PARTY NAME | RELEVANT KNOWLEDGE | SERVICE ADDRESS | DATE TO PRODUCE DOCUMENTS AND APPEAR FOR DEPOSITION | EXHIBIT NOS. |
|---|---|---|---|---|
| **CJ Affiliate by Conversant** (formerly Commission Junction, Inc.) | Knowledge of prior art to the patents-in-suit. | c/o Corporation Service Company 2711 Centerville Rd Suite 400 Wilmington, DE 19808 | 02/20/2015 1:00 pm | Q1-Document Subpoena Q2-Deposition Subpoena |
| **Adknowledge, Inc.** | Knowledge of prior art to the patents-in-suit | c/o Corporation Trust Co., Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801 | 02/06/2015 1:00 pm | R1-Document Subpoena R2-Deposition Subpoena |
| **Andrew Schulz** | Knowledge of prior art to the patents-in-suit | 267 Kelton Ave., San Carlos, CA 94070 | 02/4/2015 1:00 pm | S1-Document Subpoena S2-Deposition Subpoena |

December 15, 2014

Of counsel:

A. John P. Mancini
Amr O. Aly
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
Phone: (212) 506-2500
Fax: (212) 849-5895
jmancini@mayerbrown.com
aaly@mayerbrown.com

*Attorneys for Defendant Google Inc.*

*/s/ Michael E. Jones*
Michael E. Jones (TSB No. 10929400)
Allen F. Gardner (TSB No. 24043679)
Patrick C. Clutter (TSB No. 24036374)
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Phone: (903) 597-8311
Fax:    (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com
patrickclutter@potterminton.com

*Attorneys for Defendant Google Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail per Local Rule CV-5(a)(3) on December 15, 2014. Any other counsel of record will be served by First Class U.S. mail on this same date.

This notice, together with supporting exhibits, are being served via electronic mail on today's date upon the following:

Robert D. Katz
Katz PLLC
6060 N. Central Expressway, Suite 560
Phone: (214) 865-8000
rkatz@katzlawpllc.com

Stafford Davis
The Stafford Davis Firm, PC
305 South Broadway, Suite 406
Tyler, Texas 75702
Phone: (903) 593-7000
sdavis@stafforddavisfirm.com

*/s/ Michael E. Jones*