# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BRITE SMART CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Civil Action No. 2:14-CV-00760-JRG |

## NOTICE OF PROOF OF SERVICE

PLEASE TAKE NOTICE that pursuant to Rule 45(b)(4) of the Federal Rules of Civil Procedure, Defendant Google Inc. files this Notice of Proof of Service in connection with the document production subpoena and deposition subpoena served on Adknowledge, Inc. on December 15, 2014 and attached hereto as Exhibits A and B, respectively.

December 31, 2014

Of counsel:

A. John P. Mancini
Amr O. Aly
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
Phone:  (212) 506-2500
Fax: (212) 849-5895
jmancini@mayerbrown.com
aaly@mayerbrown.com

*Attorneys for Defendant Google Inc.*

*/s/ Michael E. Jones*
Michael E. Jones (TSB No. 10929400)
Allen F. Gardner (TSB No. 24043679)
Patrick C. Clutter (TSB No. 24036374)
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Phone: (903) 597-8311
Fax:    (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com
patrickclutter@potterminton.com

*Attorneys for Defendant Google Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail per Local Rule CV-5(a)(3) on December 31, 2014. Any other counsel of record will be served by First Class U.S. mail on this same date.

/s/ Michael E. Jones