# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BRITE SMART CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 2:14-cv-00760-JRG ) |
| GOOGLE, INC., | ) ) |
| Defendant. | ) ) |

## DEFENDANT'S NOTICE OF COMPLIANCE WITH PATENT RULES 3-3 AND 3-4

Defendant Google, Inc., hereby notice the Court that, pursuant to Patent Rules 3-3 and 3-4 and the Court's November 24, 2014, Order, Defendants served its Patent Rule 3-3 disclosures and accompanying Patent Rule 3-4 document production upon counsel for plaintiff via electronic means on December 15, 2014.

Dated: January 5, 2015

Respectfully submitted by,

*/s/ Michael E. Jones*
Mayer Brown LLP
A. John P. Mancini (*pro hac vice*)
Amr O. Aly (*pro hac vice*)
1675 Broadway
New York, NY 10019
(212) 506 -2500
jmancini@mayerbrown.com
aaly@mayerbrown.com

Michael E. Jones, SBN: 10929400
POTTER MINTON LLP
110 N College Avenue, Suite 500
Tyler, TX 75702
(903) 597-8311
mikejones@potterminton.com
***Attorneys for Defendant Google Inc.***

1

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 5, 2015.

                                                            */s/ Michael E. Jones*