IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRITE SMART CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:14-cv-760-JRG |
| GOOGLE INC., | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S REQUEST FOR ORAL HEARING ON DEFENDANT'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 289 U.S.C. § 1404(A)**

Defendant, Google Inc., hereby requests an oral hearing on its Motion to Transfer Venue to the Northern District of California Pursuant to 289 U.S.C. § 1404(A), filed as Docket Entry #18.

While the Defendant realizes that the Court has discretion regarding whether or not the Court conducts an oral hearing regarding this motion, Defendant respectfully requests that the Court exercise its discretion to conduct an oral hearing regarding this motion.

Dated: January 7, 2015

Respectfully submitted:

*/s/ Michael E. Jones*
A. John P. Mancini
Amr O. Aly
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
Phone: (212) 506-2500
Fax: (212) 849-5895
jmancini@mayerbrown.com
aaly@mayerbrown.com

Michael E. Jones (TSB No. 10929400)
Allen F. Gardner (TSB No. 24043679)
Patrick C. Clutter (TSB No. 24036374)
POTTER MINTON, PC

110 North College, Suite 500
Tyler, Texas 75702
Phone: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com
patrickclutter@potterminton.com

*Attorneys for Defendant Google Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 7, 2015. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*