UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRITE SMART CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Civil Action No. 2:14-CV-00760-JRG |

## GOOGLE INC.'S NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 45 of the Federal rules of Civil Procedure, Google Inc. ("Google Inc." or Defendant"), defendant in the above-entitled and numbered civil action, will serve attached subpoenas on:

| | |
|---|---|
| Gifford, Krass, Sprinkle, Anderson & Citkowski, P.C<br>2701 Troy Center Drive<br>Suite 330<br>Troy, MU 48007 | John G. Posa<br>2701 Troy Center Drive<br>Suite 330<br>Troy, MU 48007 |

Dated: January 28, 2015

Of counsel:

A. John P. Mancini
Amr O. Aly
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
Phone: (212) 506-2500
Fax: (212) 849-5895
jmancini@mayerbrown.com
aaly@mayerbrown.com

*Attorneys for Defendant Google Inc.*

Respectfully Submitted,

*/s/Michael E. Jones*
Michael E. Jones (TSB No. 10929400)
Allen F. Gardner (TSB No. 24043679)
Patrick C. Clutter (TSB No. 24036374)
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Phone: (903) 597-8311
Fax:    (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com
patrickclutter@potterminton.com

*Attorneys for Defendant Google Inc.*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 28, 2015.

*/s/ Michael E. Jones*