**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **BRITE SMART CORP.** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civ. Action No. 2:14-cv-760-JRG-RSP |
| § | |
| **GOOGLE INC.** § | |
| § | |
| *Defendant*. § | |
| § | |

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL
ANSWERS TO INTERROGATORIES**

Before the Court is Plaintiff Brite Smart Corp.'s Motion to Compel Answers to Interrogatories. Upon consideration of the Motion, the relief requested therein, and the relevant facts, evidence, and arguments of the parties, the Court finds that the Motion should be and hereby is GRANTED.