**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **BRITE SMART CORP.** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civ. Action No. 2:14-cv-760-JRG-RSP |
| § | |
| **GOOGLE INC.** § | JURY DEMANDED |
| § | |
| *Defendant*. § | |
| § | |

### PLAINTIFF'S NOTICE OF COMPLIANCE REGARDING P.R. 4-1

Plaintiff Brite Smart Corp. notifies the Court that it served its P.R. 4-1(a) Proposed Terms and Claim Elements for Construction upon counsel for Defendant Google Inc. via electronic mail on February 24, 2015.

DATED: February 24, 2015       Respectfully submitted,

/s/ *Robert Katz*___
Stafford Davis
State Bar No. 24054605
Email: sdavis@stafforddavisfirm.com
**THE STAFFORD DAVIS FIRM, PC**
305 South Broadway
Suite 406
Tyler, TX 75702
Phone: (903) 593-7000
Fax: (903) 703-7369

Robert D. Katz
Lead Attorney
State Bar No. 24057936
Email: rkatz@katzlawpllc.com
**KATZ PLLC**
6060 N. Central Expressway, Suite 560
Dallas, TX 75206
Phone: (214) 865-8000

**ATTORNEYS FOR PLAINTIFF
BRITE SMART CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on the date above. Any other counsel of record will be served by electronic mail.

/s/ *Robert D. Katz*
Robert D. Katz