UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRITE SMART CORP., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE INC., <br><br> Defendant. | Civ. Action No. 2:14-cv-00760-JRG-RSP |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR GOOGLE TO RESPOND TO BRITE SMART'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Defendant Google Inc. ("Google") files this Unopposed Motion for Extension of Time for Google to Respond to Brite Smart Corp.'s ("Brite Smart") Motion to Compel Answers to Interrogatories (Dkt. No. 57). The current deadline for Google to respond is February 26, 2015. The parties agree to extend the deadline for Google to respond to Brite Smart Corp.'s Motion to Compel to March 12, 2015. This motion is not made for delay, and should not impact any other deadline applicable to this litigation.

Accordingly, the parties respectfully request that this Court grant this unopposed motion and extend the deadline for Google to respond to Brite Smart Corp.'s Motion to Compel Answers to Interrogatories to March 12, 2015.

*/s/ David A. Perlson*

David A. Perlson
Michelle A. Clark
  davidperlson@quinnemanuel.com
  michelleclark@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

Michael E. Jones
State Bar No. 10929400
POTTER MINTON LLP
110 N. College Avenue, Suite 500
Tyler, TX 75702
(903) 597-8311
  mikejones@potterminton.com

**ATTORNEYS FOR DEFENDANT GOOGLE INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record that have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a) on February 26, 2015.

                                      */s/ Miles Freeman*
                                      Miles Freeman
                                        milesfreeman@quinnemanuel.com
                                      Quinn Emanuel Urquhart & Sullivan
                                      50 California Street, 22nd Floor
                                      San Francisco, CA 94111
                                      (415) 875-6600