# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| BRITE SMART CORP., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE INC., <br><br> Defendant. | Civ. Action No. 2:14-cv-00760-JRG-RSP |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR GOOGLE TO RESPOND TO BRITE SMART'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES

The Court has considered Google's Unopposed Motion for Extension of Time for Google to Respond to Brite Smart's Motion to Compel Answers to Interrogatories.

Having reviewed the Unopposed Motion, the Court finds that it should be GRANTED. It is therefore ORDERED that the deadline for Google to respond to Brite Smart Corp.'s Motion to Compel Answers to Interrogatories is extended to March 12, 2015.

**SIGNED this 2nd day of March, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE