IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **BRITE SMART CORP.** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civ. Action No. 2:14-cv-760-JRG-RSP |
| | § | |
| **GOOGLE INC.** | § | **JURY DEMANDED** |
| | § | |
| *Defendant*. | § | |
| | § | |

## JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER

Plaintiff Brite Smart Corp. and Defendant Google Inc. hereby move to extend the deadline for compliance with P.R. 4-3 up to and including April 10, 2015.

The parties have been meeting and conferring to finalize the Joint Claim Construction Statement, the deadline for filing of which is currently April 7, 2015 (Docket Control Order, ECF No. 35). The parties require additional time to meet and confer to attempt to resolve remaining disputes and narrow the parties' and Court's efforts with respect to claim construction. Accordingly, the parties respectfully request that the Court enter the attached proposed order granting an extension of time until and including April 10, 2015 to file their Joint Claim Construction Statement. The requested extension will not impact any other deadlines set by the Court.

DATED: April 6, 2015                    Respectfully submitted,

/s/ *Robert Katz*___
Stafford Davis
State Bar No. 24054605
Email: sdavis@stafforddavisfirm.com
**THE STAFFORD DAVIS FIRM, PC**
305 South Broadway
Suite 406
Tyler, TX 75702
Phone: (903) 593-7000
Fax: (903) 703-7369

Robert D. Katz
Lead Attorney
State Bar No. 24057936
Email: rkatz@katzlawpllc.com
**KATZ PLLC**
6060 N. Central Expressway, Suite 560
Dallas, TX 75206
Phone: (214) 865-8000

**ATTORNEYS FOR PLAINTIFF
BRITE SMART CORP.**


Michael E. Jones, SNB: 10929400
**POTTER MINTON LLP**
110 N College Avenue, Suite 500
Tyler, TX 75702
903-597-8311
mikejones@potterminton.com

Michelle A. Clark
David A. Perlson
**Quinn Emanuel Urquhart & Sullivan, LLP**
50 California Street, 22nd Floor
San Francisco, CA 94111
michelleclark@quinnemanuel.com
davidperlson@quinnemanuel.com

**ATTORNEYS FOR DEFENDANT
GOOGLE INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on the date above. Any other counsel of record will be served by electronic mail.

/s/ *Robert D. Katz*
Robert D. Katz