IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRITE SMART CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 2:14-cv-00760-JRG-RSP |
| | ) |
| GOOGLE INC. | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT MOTION FOR ENTRY OF AN ORDER FOCUSING PATENT CLAIMS AND PRIOR ART TO REDUCE COSTS**

Pursuant to the Court's General Order 13-20 entered October 29, 2013 and as provided by Federal Rule of Civil Procedure 1, Plaintiff Brite Smart and Defendant Google Inc. (the "Parties") jointly move this Court for entry of the Order Focusing Patent Claims and Prior Art to Reduce Costs attached hereto as Exhibit A.  All parties agree upon the Order with the exception of one disputed issue for the Court's resolution, which is highlighted in the attached Order.

DATED: April 13, 2015

/s/ Robert Katz                                             /s/ Michelle Ann Clark

| | |
|---|---|
| Stafford Davis | Michelle A. Clark |
| State Bar No. 24054605 | David A. Perlson |
| Email: sdavis@stafforddavisfirm.com | Quinn Emanuel Urquhart & Sullivan, LLP |
| **THE STAFFORD DAVIS FIRM, PC** | 50 California Street, 22nd Floor |
| 305 South Broadway | San Francisco, CA 94111 |
| Suite 406 | michelleclark@quinnemanuel.com |
| Tyler, TX 75702 | davidperlson@quinnemanuel.com |
| Phone: (903) 593-7000 | |
| Fax: (903) 703-7369 | *Attorneys for Google Inc.* |
| Robert D. Katz | |
| Lead Attorney | Michael E. Jones, SNB: 10929400 |
| State Bar No. 24057936 | POTTER MINTON LLP |
| Email: rkatz@katzlawpllc.com | 110 N College Avenue, Suite 500 |
| **KATZ PLLC** | Tyler, TX 75702 |
| 6060 N. Central Expressway, Suite 560 | 903-597-8311 |
| Dallas, TX 75206 | mikejones@potterminton.com |
| Phone: (214) 865-8000 | |
| **ATTORNEYS FOR PLAINTIFF** | |
| **BRITE SMART CORP.** | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 13, 2015.

/s/ *Miles Freeman*

Miles Freeman