# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **BRITE SMART CORP.** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civ. Action No. 2:14-cv-760-JRG-RSP |
| | § | |
| **GOOGLE INC.** | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

Before the Court is Defendant Google's Motion to Dismiss. Upon consideration of the Motion, the relief requested therein, and the relevant facts, evidence, and arguments of the parties, the Court finds that the Motion should be and hereby is DENIED.