# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BRITE SMART CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 2:14-cv-00760-JRG |
| GOOGLE, INC., | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT'S NOTICE OF COMPLIANCE REGARDING TECHNOLOGY TUTORIAL

Pursuant to the Court's November 24, 2014 Docket Control Order [DKT35], Defendant Google, Inc. hereby notifies the Court that it served its Technology Tutorial via hand delivery to the Court on May 19, 2015.

Dated: May 20, 2015

Respectfully submitted by,

*/s/ Michael E. Jones*
David A. Perlson
Michelle A. Clark
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
davidperlson@quinnemanuel.com
michelleclark@quinnemanuel.com

Michael E. Jones, SNB: 10929400
POTTER MINTON LLP
110 N College Avenue, Suite 500
Tyler, TX 75702
903-597-8311
mikejones@potterminton.com

*Attorneys for Google Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 20, 2015.

                                              */s/ Michael E. Jones*