FILED: **6/2/15**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID J. MALAND, CLERK

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In re: GOOGLE INC.,**
*Petitioner*

2015-138

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:14-cv-00760-JRG-RSP, Magistrate Judge Roy S. Payne.

**ON PETITION**

PER CURIAM.

**O R D E R**

Google Inc. submits a petition for writ of mandamus to direct the United States District Court for the Eastern District of Texas to (1) rule on Google's pending motion to transfer the case and (2) stay proceedings pending final resolution of that motion.

Upon consideration thereof,

IT IS ORDERED THAT:

Brite Smart Corp. is directed to respond to the petition no later than seven days after the issuance of this

2                                                               IN RE: GOOGLE INC.

order. Any reply by Google is due no later than three days from the date of service of that response.

                                               FOR THE COURT

                                               /s/ Daniel E. O'Toole
                                               Daniel E. O'Toole
                                               Clerk of Court

s24