IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **BRITE SMART CORP.** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civ. Action No. 2:14-cv-760-JRG-RSP |
| | § | |
| **GOOGLE INC.** | § | JURY DEMANDED |
| | § | |
| *Defendant*. | § | |
| | § | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR BRITE SMART TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO COMPEL

Plaintiff Brite Smart Corp. ("Brite Smart") files this Unopposed Motion for Extension of Time for Brite Smart to File its Reply in Support of its Motion to Compel. (Dkt. 80.) The current deadline for Brite Smart to file its Reply is June 8, 2015. The parties agree to extend the deadline for Brite Smart to files its Reply to June 22, 2015. This motion is not made for delay, and should not impact any other deadline applicable to this litigation.

Accordingly, the parties respectfully request that this Court grant this unopposed motion and extend the deadline for Brite Smart to File its Reply in Support of its Motion to Compel to June 22, 2015.

Dated:  June 2, 2015                                       Respectfully submitted,

1

/s/*Robert D. Katz*
Robert D. Katz
Texas Bar No. 24057936
**KATZ PLLC**
6060 N. Central Expressway, Suite 560
Dallas, TX 75206
(214) 865-8000
rkatz@katzlawpllc.com

Stafford Davis
Texas Bar No. 24054605
**THE STAFFORD DAVIS FIRM, PC**
305 South Broadway
Suite 406
Tyler, TX 75702
(903) 593-7000
sdavis@stafforddavisfirm.com

**ATTORNEYS FOR PLAINTIFF
BRITE SMART CORP.**

## CERTIFICATE OF CONFERENCE

I am lead counsel for Brite Smart Corp.  In compliance with Local Rule CV-7(h), I have conferred with counsel for Google who are not opposed to the relief sought in this motion.

/s/ *Robert Katz*___
Robert Katz

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on the date above. Any other counsel of record will be served by electronic mail.

/s/ *Robert D. Katz*
 Robert D. Katz