# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Brite Smart Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Google Inc.,<br><br>    Defendant. | Civil Action No. 2:14-cv-00760-JRG-RSP |

## ORDER

Currently before the Court is Google's Opposed Motion for Leave to File Further Evidence In Support Of Google Inc.'s Motion To Transfer Venue To Northern District of California (Dkt. No. 83, the "Motion", filed May 7, 2015). Briefing on this Motion completed on May 27, 2015 ("Briefing on Google's Motion for Leave is now completed, and the Motion for Leave is ripe for decision.")

Google asks this Court to permit it to reopen briefing on the currently pending transfer motion to submit additional evidence. Plaintiff Brite Smart opposes, noting that Google's request comes after the traditional close of briefing. The Court observes that although it is clear that Google's new request will slightly delay a ruling on its Motion to Transfer, the availability of a complete and accurate record upon which to base its transfer decision is of paramount importance, especially with the serious concerns implicated by Google's arguments in support of the Motion. (*See* Mot. at 2.)

Brite Smart alternatively requests that the Court permit it to respond to the new evidence provided by Google, a request that the Court believes is reasonable.

Accordingly, Google's Motion is **GRANTED** and the Court also **GRANTS** leave to Brite Smart to file a responsive brief no later than June 22, 2015.

**SIGNED this 5th day of June, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE