IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRITE SMART CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:14-cv-00760-JRG-RSP |
| | § | |
| GOOGLE INC., | § | |
| | § | |
| Defendant. | § | |

# ORDER

A hearing is set for **1:30 p.m. on Tuesday, July 7, 2015** for the following motions:

- Plaintiff's Motion to Compel Answers to Interrogatories (Dkt. No. 57);

- Google Inc.'s Motion to Compel Discovery (Dkt. No. 78);

- Plaintiff's Motion to Compel the Production of Source Code, Documents, Interrogatory Responses and De-Designation of Protected Materials (Dkt. No. 80);

- Opposed Motion for Leave to Amend/Supplement Infringement Contentions (Dkt. No. 81);

- Google Inc.'s Motion for Leave to Supplement Invalidity Contentions (Dkt. No. 82);

- Google Inc.'s Motion to Compel Responses to Interrogatories and Production of Documents (Dkt. No. 116); and

- Plaintiff's Opposed Motion for Leave to File Second Amended Complaint (Dkt. No. 121).

The parties are hereby **ORDERED** to meet and confer, in person, on these motions prior to the July 7, 2015 hearing. The in-person meet and confer shall be conducted at a time and place of mutual convenience to be agreed upon by the parties.

SIGNED this 21st day of June, 2015.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE