# EXHIBIT D



# EXHIBIT D

