IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRITE SMART CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 2:14-cv-00760-JRG-RSP |
| ) | |
| GOOGLE INC. ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

## GOOGLE INC.'S MOTION FOR HEARING ON ITS MOTION TO TRANSFER (DKT. 18)

On June 24, 2015, the Court set several pending motions for hearing on June 30, 2015, at 1:30 p.m. The Claim Construction Hearing is scheduled the same day to begin at 9:00 a.m. Defendant Google Inc. hereby respectfully moves pursuant to Local Rule CV-7(g) to additionally set for hearing Google's Motion to Transfer Venue to the Northern District of California, filed October 24, 2014. (Dkt. 18.)

Google's Motion to Transfer is ripe for decision. Expedient resolution of the motion to transfer will serve the interests of judicial economy and justice, including for the reasons set forth in Google's briefing on these motions and in particular given the upcoming Claim Construction Hearing and other matters set for hearing on June 30, and the rapidly approaching close of fact discovery on August 10. Lead and local counsel for the parties will be present at the June 30 hearings, and will be available to answer any questions that the Court may have on these motions.

Plaintiff has indicated they oppose Google's motion for hearing, but has provided no substantive grounds for opposing the relief sought. Google appreciates and understands that it is

within the Court's discretion whether to set additional motions for hearing on June 30, but Plaintiff's opposition only threatens to further delay resolution of Google's motion.

Accordingly, Google requests that its motion be granted.

DATED: June 25, 2015							QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ David A. Perlson*

| | |
|---|---|
| Michael E. Jones, SNB: 10929400 | David A. Perlson |
| POTTER MINTON LLP | Michelle A. Clark |
| 110 N College Avenue, Suite 500 | Quinn Emanuel Urquhart & Sullivan, LLP |
| Tyler, TX 75702 | 50 California Street, 22nd Floor |
| 903-597-8311 | San Francisco, CA 94111 |
| mikejones@potterminton.com | davidperlson@quinnemanuel.com |
| | michelleclark@quinnemanuel.com |

*Attorneys for Google Inc.*

## CERTIFICATE OF CONFERENCE

I hereby certify that the parties have met and conferred pursuant to Local Rule CV-7(h). This motion is opposed. On June 24, 2015 counsel for Plaintiff (Stafford Davis) and counsel for Defendant (David Perlson) met and conferred regarding the issues presented in this motion. The parties were unable to reach agreement.

/s/ *David A. Perlson*

David A. Perlson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 25, 2015.

/s/ *David A. Perlson*

David A. Perlson