IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BRITE SMART CORP. | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:14-cv-00760-JRG-RSP |
| | § | |
| GOOGLE, INC. | § | |
| *Defendant.* | § | |

## REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on Wednesday, July 1, 2015, between Plaintiff, Brite Smart Corp., and Defendant, Google, Inc.  The mediation session has been suspended.  The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 2nd day of July 2015.

>  */s/  David Folsom* _____
> David Folsom
> TXBN: 07210800
> JACKSON WALKER, LLP
> 6002-B Summerfield Drive
> Texarkana, Texas  75503
> Telephone: (903) 255-3250
> Facsimile:  (903) 255-3265
> E-mail:  dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 2nd day of July 2015.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

> */s/  David Folsom* _____
> David Folsom