IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BRITE SMART CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 2:14-cv-00760-JRG-RSP |
| ) | |
| GOOGLE INC. ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

# [PROPOSED] ORDER GRANTING JOINT MOTION REGARDING BRITE SMART'S REQUEST FOR PRODUCTION NO. 166

The Court has considered Plaintiff Brite Smart and Defendant Google Inc. (the "Parties") Joint Motion Regarding Brite Smart's Request for Production No. 166.

Having reviewed the Joint Motion, the Court finds that it should be GRANTED. It is therefore ORDERED that Google shall produce (i) the deposition transcripts of the damages experts; (ii) the expert reports of the damages experts; and (iii) the trial testimony transcripts of the damages experts from the following Designated Proceedings:

1. *Function Media, L.L.C. v. Google, Inc. and Yahoo!, Inc.*, Eastern District of Texas, Case No. 2:2007cv00279

2. *I/P Engine, Inc. v. AOL, Inc., Google, Inc., IAC Search & Media, Inc., Gannett Company, Inc., and Target Corp.*, Eastern District of Virginia, Case No. 2:11-cv-512

3. *Bright Response LLC v. Google Inc.*, Eastern District of Texas, Case No. 2:07-cv-00371

Google shall produce the documents no later than July 27, 2015 except for and subject to any objections by third parties to whom Google is required to provide notice of disclosure in advance of production.