IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **BRITE SMART CORP.**<br><br>　　　　Plaintiff,<br>v.<br><br>**GOOGLE INC.**<br><br>　　　　Defendant. | Case No. 2:14-CV-0760<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a request of redaction will be submitted to the court reporter within 21 days from the filing of the transcript with the Clerk of the Court, which shall be on or before July 27, 2015. The proceeding occurred on June 30, 2015 and was reported by Tonya Jackson, the court reporter.

July 13, 2015

Michael E. Jones, SNB: 10929400
POTTER MINTON LLP
110 N College Avenue, Suite 500
Tyler, TX 75702
903-597-8311
　mikejones@potterminton.com

Respectfully submitted by:

*/s/ Michelle Clark*_____
Michelle A. Clark
David A. Perlson
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
　michelleclark@quinnemanuel.com
　davidperlson@quinnemanuel.com

*Attorneys for Defendant Google Inc.*

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 13, 2015.

                                                        */s/ Miles Freeman*  
                                                            Miles Freeman